## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IAN S. PHILLIPS<br>58 Otter Cove Drive<br>Old Saybrook, CT 06475<br><br>Plaintiff<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER<br>& SMITH INCORPORATED<br>4 World Financial Center<br>New York, NY 10271<br><br>Defendant | CIVIL ACTION NO. 05-742 |

## WAIVER OF SERVICE OF SUMMONS

To:  Marc H. Snyder, Esq.
     Frank, Rosen, Snyder & Moss, LLP
     1813 Marsh Road, Suite D
     Wilmington, DE 19810
     (302) 475-8060

We acknowledge receipt of your request pursuant to FED. R. CIV. P. 4(d) that we waive service of a summons upon our client Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") in the action of IAN S. PHILLIPS v. MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED which is case number 05-742 in the United States District Court of Delaware. We have also received a copy of the complaint in the action, two copies of this instrument, and a means by which to return the signed waiver to you without cost to MLPF&S.

NYDOCS/1229867.1

We agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that MLPF&S be served with judicial process in the manner provided by FED. R. CIV. P. 4.

MLPF&S will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court.

We understand that a judgement may be entered against MLPF&S if an answer or motion under FED. R. CIV. P. 12 is not served upon you within 60 days after November 1, 2005.

Signature

*Dimitri Nemirovsky*
*Bingham McCutchen LLP*
*As Attorneys for and on behalf of*
*Merrill Lynch, Pierce, Fenner & Smith*
*Incorporated*

2