IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IAN S. PHILLIPS,<br><br>　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH PIERCE FENNER,<br>& SMITH INCORPORATED,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-742 (SLR)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6),
OR TRANSFER VENUE PURSUANT TO 28 U.S.C.A. § 1404(a)**

Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), hereby moves to dismiss the Complaint filed in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, moves to transfer this case to the District of Connecticut, pursuant to 28 U.S.C.A. § 1404(a). As grounds for this motion, Merrill Lynch refers to its Opening Brief and Affidavit of Judy Monaghan, filed contemporaneously herewith.

　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Daniel V. Folt
　　　　　　　　　　　　　　　　　　　　　Daniel V. Folt (Bar I.D. No. 3143)
　　　　　　　　　　　　　　　　　　　　　Gary W. Lipkin (Bar I.D. No. 4044)
　　　　　　　　　　　　　　　　　　　　　1100 N. Market St., 12th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Tel: 302.657.4927
Dated: December 29, 2005　　　　　　　　Fax: 302.657.4901

Of Counsel:

Timothy Burke
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
617.951.8000
timothy.burke@bingham.com

Michael D. Blanchard
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
860.240.2700
michael.blanchard@bingham.com

Dimitri Nemirovsky
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
212.705.7000
dimitri.nemirovsky@bingham.com

Attorneys for Defendant
Merrill Lynch, Pierce, Fenner
& Smith Incorporated

WLM\213104.1

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, hereby certify that on December 29, 2005, I caused to be served a copy of "Defendant's Motion To Dismiss Pursuant To Rule 12(b)(6), Or Transfer Venue Pursuant To 28 U.S.C.A. § 1404(a)" on the following counsel of record via e-filing:

Marc H. Snyder, Esq.
Frank Rosen Snyder & Moss, LLP
1813 Marsh Road, Suite D
Wilmington, DE 19810

/s/ Gary W. Lipkin (DE Bar I.D. No. 4044)