# EXHIBIT "B"

**NASD Dispute Resolution**
www.nasd.com
Northeast Region
One Liberty Plaza • 165 Broadway • 27th Floor
New York NY • 10006-1400 • 212-858-4400 • Fax 212-858-4429



VIA FACSIMILE

August 19, 2005

Dimitri Nemirovsky, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Subject:    NASD Dispute Resolution Arbitration Number 05-00195
            Ian S. Phillips vs. Merrill Lynch, Pierce, Fenner & Smith Incorporated and Round Hill Securities, Inc.

Dear Mr. Nemirovsky:

Enclosed is the Panel's August 18, 2005 Order in the above-referenced matter.

Very truly yours,

Suzanne E. Green
Case Administrator
212-858-4200  Fax: 301-527-4904


SYG:CLO:LC53A
rc:06/02

CC:
    Jay F. Donnaruma
    John R. Thompson
    John A. Seiler

RECIPIENTS:
    Kyle M. Kylzer, Ian S. Phillips
    Frank, Rosen, Snyder & Moss, L.L.P., 8380 Old York Rd., Suite 410, Elkins Park, PA  19027

    Dimitri Nemirovsky, Esq., Merrill Lynch Pierce Fenner & Smith
    Bingham McCutchen LLP, 399 Park Avenue, New York, NY  10022-4689

    Andrew Zack, Round Hill Securities, Inc.
    Munro and Zack, P.C., 363 West Big Beaver Road, Suite 450, Troy, MI  48084

NASD DISPUTE RESOLUTION

REVIEW OF PANEL'S DECISION TO DENY MOTION TO DISMISS CLAIMS AGAINST RESPONDENT, MERRILL LYNCH

NASD CASE #: 05-00195

Panel:

    Jay F. Donnaruma, Industry Panelist
    John R. Thompson, Public Panelist
    John A. Seiler, Public Panelist, Chair

The Panel has reviewed the NASD Code of Arbitration Procedure, and within that Code, to the Uniform Code of Arbitration Rule 10304, as it relates to the Motion to Dismiss Untimely Allegations by attorneys representing Merrill Lynch, Pierce, Fenner & Smith, Incorporated.

On the basis of that further consideration, the panel hereby grants Merrill Lynch's Motion to Dismiss Untimely Allegations.

For the Panel:

    John A. Seiler
    Chairman