# EXHIBIT "D"

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:05-cv-01959-AHN

Merrill Lynch Pierce Fenner & Smith, Inc. v. Phillips
Assigned to: Judge Alan H. Nevas
Cause: No cause code entered

Date Filed: 12/22/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Merrill Lynch Pierce Fenner & Smith, Inc.**

represented by **Michael D. Blanchard**
Bingham McCutchen-State St Htfd
One State St.
Hartford, CT 06103-3178
860-240-2945
Email: michael.blanchard@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ian S. Phillips**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2005 | 1 | PETITION for Confirmation of Arbitration Panel's final Award against Ian S. Phillips ( Filing fee $ 250 receipt number H018095.), filed by Merrill Lynch Pierce Fenner & Smith, Inc.. (Attachments: # 1 Memorandum of law in Support# 2 Affidavit of Dimitri Nemirovsky# 3 Notice of Manual Filing)(Grady, B.) Modified on 12/23/2005 to correct text (Grady, B.). (Entered: 12/23/2005) |
| 12/22/2005 | 3 | NOTICE of Appearance by Michael D. Blanchard on behalf of Merrill Lynch Pierce Fenner & Smith, Inc. (Grady, B.) (Entered: 12/23/2005) |
| 12/23/2005 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 03/23/06. Amended Pleadings due by 2/21/2006. Discovery due by 6/24/2006. Dispositive Motions due by 7/24/2006. Signed by Clerk on 12/23/05. (Grady, B.) Modified on 12/23/2005 to correct date (Grady, B.). (Entered: 12/23/2005) |
| 12/23/2005 |  | Summons Issued as to Ian S. Phillips. (Grady, B.) (Entered: 12/23/2005) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 12/28/2005 10:22:47 | | | |
| PACER Login: | bd0037 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:05-cv-01959-AHN |
| Billable Pages: | 1 | Cost: | 0.08 |