# EXHIBIT "F"

Judicial Caseload Profile Report                                                                                         Page 1 of 1

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | DELAWARE | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,797 | 1,362 | 2,028 | 1,004 | 1,303 | 1,033 | U.S. | Circuit |
| | Terminations | | 1,516 | 1,507 | 1,478 | 1,020 | 955 | 861 | | |
| | Pending | | 2,085 | 1,836 | 1,999 | 1,477 | 1,502 | 1,154 | | |
| | % Change in Total Filings | Over Last Year | | 31.9 | | | | | 5 | 2 |
| | | Over Earlier Years | | | -11.4 | 79.0 | 37.9 | 74.0 | 4 | 2 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | .0 | 1.9 | 3.1 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 449 | 340 | 507 | 251 | 326 | 258 | 52 | 3 |
| | | Civil | 414 | 306 | 462 | 233 | 307 | 240 | 29 | 3 |
| | | Criminal Felony | 29 | 25 | 38 | 18 | 19 | 18 | 91 | 6 |
| | | Supervised Release Hearings** | 6 | 9 | 7 | - | - | - | 90 | 4 |
| | Pending Cases | | 521 | 459 | 500 | 369 | 376 | 289 | 20 | 2 |
| | Weighted Filings** | | 534 | 424 | 516 | 379 | 389 | 320 | 31 | 1 |
| | Terminations | | 379 | 377 | 370 | 255 | 239 | 215 | 64 | 4 |
| | Trials Completed | | 19 | 23 | 18 | 16 | 19 | 13 | 47 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.1 | 8.3 | 9.8 | 8.0 | 6.6 | 6.0 | 68 | 2 |
| | | Civil** | 14.0 | 11.2 | 8.2 | 12.6 | 10.9 | 11.5 | 93 | 5 |
| | From Filing to Trial** (Civil Only) | | 26.0 | 24.0 | 22.5 | 21.0 | 24.0 | 19.7 | 58 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 65 | 66 | 99 | 77 | 70 | 38 | | |
| | | Percentage | 3.4 | 3.9 | 5.4 | 5.5 | 4.9 | 3.5 | 43 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.1 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 38.50 | 34.98 | 33.84 | 32.68 | 35.75 | 30.23 | | |
| | | Percent Not Selected or Challenged | 20.9 | 24.0 | 24.4 | 19.9 | 28.5 | 15.1 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1655 | 20 | 1 | 238 | 10 | 5 | 28 | 72 | 56 | 198 | 135 | 2 | 890 |
| Criminal* | 115 | 9 | 5 | 40 | - | 4 | 24 | ** | 2 | 19 | - | 6 | 6 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

Judicial Caseload Profile Report                                                                 Page 1 of 1

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CONNECTICUT** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | \multicolumn{2}{c|}{Numerical Standing} |
| | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 2,717 | 2,752 | 2,816 | 2,858 | 2,922 | 2,963 | | |
| | Terminations | 2,644 | 2,596 | 3,027 | 2,969 | 3,305 | 3,176 | | |
| | Pending | 3,407 | 3,337 | 3,190 | 3,415 | 3,524 | 3,898 | | |
| | % Change in Total Filings — Over Last Year | | -1.3 | | | | | 59 | 4 |
| | % Change in Total Filings — Over Earlier Years | | | -3.5 | -4.9 | -7.0 | -8.3 | 77 | 3 |
| | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | Vacant Judgeship Months** | .0 | 6.5 | .0 | .0 | .0 | 11.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 340 | 345 | 353 | 357 | 365 | 370 | 74 | 5 |
| | FILINGS — Civil | 293 | 294 | 307 | 330 | 338 | 341 | 61 | 5 |
| | FILINGS — Criminal Felony | 35 | 37 | 36 | 27 | 27 | 29 | 87 | 6 |
| | FILINGS — Supervised Release Hearings** | 12 | 14 | 10 | - | - | - | 72 | 5 |
| | Pending Cases | 426 | 417 | 399 | 427 | 441 | 487 | 38 | 5 |
| | Weighted Filings** | 409 | 396 | 420 | 415 | 424 | 426 | 66 | 4 |
| | Terminations | 331 | 325 | 378 | 371 | 413 | 397 | 75 | 5 |
| | Trials Completed | 16 | 17 | 20 | 22 | 27 | 23 | 63 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 11.4 | 9.5 | 10.9 | 12.6 | 9.9 | 10.3 | 84 | 3 |
| | From Filing to Disposition — Civil** | 11.6 | 10.5 | 10.1 | 12.8 | 12.9 | 12.9 | 80 | 5 |
| | From Filing to Trial** (Civil Only) | 31.0 | 30.0 | 31.0 | 28.7 | 34.5 | 30.9 | 74 | 2 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 325 | 318 | 231 | 292 | 320 | 383 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 10.7 | 10.6 | 8.1 | 9.3 | 9.8 | 10.4 | 82 | 3 |
| | Average Number of Felony Defendants Filed Per Case | 1.7 | 1.4 | 1.8 | 1.8 | 1.7 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 63.51 | 54.54 | 46.25 | 52.43 | 47.74 | 42.32 | | |
| | Jurors — Percent Not Selected or Challenged | 32.7 | 31.7 | 34.2 | 27.9 | 30.8 | 29.2 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2341 | 30 | 4 | 407 | 24 | 13 | 194 | 354 | 262 | 93 | 496 | 40 | 424 |
| Criminal* | 271 | 5 | 4 | 58 | - | 9 | 65 | ** | 7 | 72 | 2 | 2 | 47 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not
** See "Explanation of Selected Terms."